AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| SUZETTE BLACKWOOD-PENA, | ) |
| *Plaintiff* | ) |
| v. | ) |
| AIRPORT TERMINAL SERVICES, INC., | ) |
| *Defendant* | ) |

Case No.    23-cv-07820

### APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff.

Date:    10/20/2023

/S/ David D. Barnhorn, Esq.
*Attorney's signature*

David D. Barnhorn (DB 9685)
*Printed name and bar number*

Romero Law Group PLLC
490 Wheeler Road, Suite 250
Hauppauge, New York 11788

*Address*

dbarnhorn@romerolawny.com
*E-mail address*

(631) 257-5588
*Telephone number*

*FAX number*