UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZETTE BLACKWOOD-PENA, on behalf of herself and all other persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.<br><br>    Defendant. | Case No. 1:23-cv-07820-PK<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Andrew C. Karter, Esq. of the law firm Akerman LLP, 1251 Avenue of the Americas, 37th Floor, New York, New York, 10020, hereby appears as counsel for Defendant, AIRPORT TERMINAL SERVICES, INC., and hereby requests that all notices given or required to be given and all papers served or filed in connection with this case be served upon counsel at the below address, e-mail, telephone and facsimile numbers.

Dated: New York, New York
December 4, 2023

**AKERMAN LLP**

By: */s/ Andrew C. Karter*
    Andrew C. Karter

AKERMAN LLP
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Tel: (212) 880-3800
Andrew.karter@akerman.com

*Attorneys for Defendant*
*Airport Terminal Services, Inc.*

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing Notice of Appearance was electronically delivered on December 4, 2023 to Plaintiff via ECF.

                                                */s/ Andrew C. Karter*
                                                Andrew C. Karter