

Andrew Karter

Akerman LLP
1251 Avenue of the Americas, 37th
Floor | New York, NY 10020

D: 212 259 8717
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6421
andrew.karter@akerman.com

December 4, 2023

**<u>VIA ECF</u>**

The Honorable Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **Suzette Blackwood-Pena, on behalf of herself and all other persons similarly situated
      v. *Airport Terminal Services, Inc.*
      Case No.  1:23-cv-07820-PK**

Dear Judge Kuo:

We represent Defendant Airport Terminal Services, Inc. ("Defendant") in the above-captioned matter before Your Honor. Pursuant to Your Honor's Individual Rules, we write to respectfully request a thirty (30) day extension of time from the original due date of December 5, 2023, up to and including **<u>January 4, 2024</u>**, to answer, move, or otherwise respond to the Complaint. Defendant's counsel makes this request because we were recently retained just prior to the Thanksgiving holiday, and because we require additional time to investigate and respond to the allegations in the Complaint. Plaintiff's counsel has consented to this request. This is Defendant's first request for an extension of time, and this requested extension will not impact any other deadlines in this case.

Thank you for your Honor's consideration.

Respectfully Submitted,

*/s/ Andrew Karter*
Andrew Karter

cc:     All counsel of record (via ECF)

73885391;1