# akerman

Andrew Karter

Akerman LLP
1251 Avenue of the Americas, 37th
Floor | New York, NY 10020

D: 212 259 8717
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6421
andrew.karter@akerman.com

February 19, 2024

**VIA ECF**

The Honorable Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    **Suzette Blackwood-Pena, on behalf of herself and all other persons similarly situated
v. *Airport Terminal Services, Inc.*
Case No.  1:23-cv-07820-PK**

Dear Judge Kuo:

As you are aware, we represent Defendant Airport Terminal Services, Inc. ("Defendant") in the above-captioned matter before Your Honor. We write on behalf of the parties to advise Your Honor that the parties have agreed to settle this matter. The parties are in the process of preparing a formal confidential settlement agreement and will file with the Court a Joint Stipulation of Dismissal *with prejudice* shortly. The parties therefore respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Respectfully Submitted,

*/s/ Andrew Karter*
Andrew Karter

cc:    All counsel of record (via ECF)