UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZETTE BLACKWOOD-PENA, on behalf of herself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.<br><br>Defendant. | Case No. 1:23-cv-07820-PK |

## JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE*

Plaintiff, Suzette Blackwood-Pena ("Plaintiff"), and Defendant, Airport Terminal Services, Inc. ("Defendant") (Plaintiff and Defendant are collectively, the "Parties"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action *with prejudice* (the "Stipulation").

A resolution of all matters in dispute between the Parties has been made pursuant to a Confidential Settlement Agreement and Release. The Parties further stipulate that each shall bear their own costs, attorneys' fees, and paralegals' fees, except as otherwise provided in the Parties' Confidential Settlement Agreement and Release.

All Parties consent to the form and content of this Stipulation and the proposed Agreed Order of Dismissal *with Prejudice* submitted herewith.

Dated: March 12, 2024.

By: */s/ Andrew C. Karter*
    Andrew C. Karter, Esq.
    **Akerman LLP**
    1251 Avenue of the Americas,
    37th Floor
    New York, NY 10020
    Telephone: (212) 259-8717
    Facsimile: (212) 905-6421
    Email: andrew.karter@akerman.com
    *Counsel for Defendant,*
    *Airport Terminal Services, Inc.*

By: */s/ Peter A. Romero*
    Peter Arcadio Romero
    **Romero Law Group PLLC**
    490 Wheeler Road, Suite 250
    Hauppauge, NY 11788
    Telephone: 631-257-5588
    Facsimile: 631-201-3137
    Email: promero@RomeroLawNY.com
    *Counsel for Plaintiff, Suzette*
    *Blackwood-Pena*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUZETTE BLACKWOOD-PENA, on behalf of herself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.<br><br>Defendant. | Case No. 1:23-cv-07820-PK |

## AGREED ORDER OF DISMISSAL *WITH PREJUDICE*

THIS CAUSE, having come before the Court upon Plaintiff, Suzette Blackwood-Pena ("Plaintiff"), and Defendant, Airport Terminal Services, Inc.'s ("Defendant") (Plaintiff and Defendant are collectively, the "Parties"), Joint Stipulation of Dismissal *with Prejudice*, and the Court, being otherwise duly advised in the premises, hereby ORDERS AND ADJUDGES:

1. The above-styled action is hereby **DISMISSED *WITH PREJUDICE***;

2. The Clerk shall deny any pending Motions as moot; and

3. Each party shall bear their own attorneys' fees, expert fees, paralegals' fees, and costs, except as otherwise provided in the Parties' Confidential Settlement Agreement and Release.

**DONE AND ORDERED** in Chambers at Brooklyn, New York, this ____ day of _____ 2024.

_____
THE HONORABLE PEGGY KUO, II
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**

Andrew C. Karter (andrew.karter@akerman.com)
Peter A. Romero (promero@romerolawny.com.com)
David D. Barnhorn (dbarnhorn@romerolawny.com)